**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMIE STIEVE, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

INFINITE CAMPUS, INC.,

Defendant.

Case No. 26-cv-2042 (LMP/EMB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 29). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: July 30, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge